JOSEPH T. GORMLEY, JR., STATE'S ATTORNEY FOR THE COUNTY OF FAIRFIELD *v.* NICHOLAS A. PANUZIO, MAYOR OF BRIDGEPORT, ET AL.

The plaintiff's motion to expedite the appeal from the Superior Court in Fairfield County is denied without prejudice to his renewing it when the record is prepared and presented to this court.

*Edward F. Kunin,* in support of the motion.

Submitted April 23—decided May 2, 1973

MICHAEL J. ZIELSKI ET AL. *v.* STRATFORD PLANNING AND ZONING COMMISSION

The motion by the petitioner Richard P. Gilardi for leave to appear before this court and file a brief as amicus curiae in the appeal from the Court of Common Pleas in Fairfield County is denied since it does not appear that there was compliance with Practice Book § 714A.

*Richard P. Gilardi,* in support of the petition.

Submitted May 8—decided May 23, 1973

TOWN OF WESTPORT ET AL. *v.* CITY OF NORWALK ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*Grove W. Stoddard,* in support of the petition.

*Melvin J. Silverman,* in opposition.